| | |
|---|---|
| 1 | **CLINE, APC** |
| | BRIAN K. CLINE (246747) |
| 2 | MARK A. JOHNSON (276753) |
| | 7855 Ivanhoe Ave., Suite 400 |
| 3 | La Jolla, CA 92037 |
| | Telephone: (858) 373-9337 |
| 4 | Email: brian@clineapc.com |
| | Email: mark@clineapc.com |
| 5 | Email: mail@clineapc.com |
| 6 | Attorneys for Plaintiff, |
| 7 | DAVID HERNANDEZ |
| 8 | **WILSON TURNER KOSMO LLP** |
| | ROBERT A. SHIELDS (206042) |
| 9 | HANG ALEXANDRA DO (305839) |
| | 402 West Broadway, Suite 1600 |
| 10 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 11 | Facsimile: (619) 236-9669 |
| | E-mail: rshields@wilsonturnerkosmo.com |
| 12 | E-mail: hdo@wilsonturnerkosmo.com |
| | E-mail: warrantyeservice@wilsonturnerkosmo.com |
| 13 | |
| 14 | Attorneys for Defendant |
| | FORD MOTOR COMPANY |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID HERNANDEZ, | | Case No. 3:23-cv-1224-L-JLB |
| Plaintiff, | | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | | State Ct. Complaint Filed: May 26, 2023 |
| FORD MOTOR COMPANY, and DOES 1 through 10, inclusive, | | District Judge: M. James Lorenz |
| Defendants. | | Magistrate Judge: Jill L. Burkhardt |
| | | Trial Date: Not set |

///

///

///

-1-    Case No. 3:23-cv-1224-L-JLB

JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff David Hernandez and Defendant Ford Motor Company hereby file this Joint Motion to request a Court Order to dismiss all of Plaintiff's claims against Defendant Ford Motor Company, and DOES 1-10 with Prejudice, in consideration of a negotiated settlement agreement entered into by the parties.

Dated:   November 6, 2023         **WILSON TURNER KOSMO LLP**

By:   *s/ Hang Alexandra Do*
ROBERT A. SHIELDS
HANG ALEXANDRA DO
Attorneys for Defendant
FORD MOTOR COMPANY

Dated:   November 6, 2023         **CLINE, APC**

By:   *s/ Mark A. Johnson*
BRIAN K. CLINE
MARK A. JOHNSON
Attorneys for Plaintiff
DAVID HERNANDEZ

### SIGNATURE ATTESTATION

I hereby certify that authorization for the submitting of this document has been obtained from each of the other signatories shown above and that all signatories concur in the document's content.

*s/ Hang Alexandra Do*
HANG ALEXANDRA DO